IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLEE WALKER, | ) |
| | ) |
| | ) CIVIL ACTION NO: |
| Plaintiff, | ) 2:08-CV-2383 |
| | ) |
| v. | ) |
| | ) |
| PHILLIPS & COHEN, ET AL., | ) |
| | ) |
| Defendants. | ) |

PLAINTIFFS' ACCEPTANCE
OF DEFENDANT'S OFFER OF JUDGMENT

**COMES NOW**, the Plaintiff, by and through their attorney of record, and responds to the Defendant's Offer of Judgment as follows:

1. Pursuant to *Federal Rules of Civil Procedure,* Rule 68, the Plaintiff accepts the Defendant's offer of Judgment which was served on July 27, 2009 attached hereto as "Exhibit A."

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**

Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@plc-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 4th DAY OF August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

    Laura C. Nettles, Esq.
    Dustin J. Kittle, Esq.
    **Lloyd, Gray & Whitehead, P.C.**
    2501 20th Place South, Suite 300
    Birmingham, Al 35223
    (205) 967-8822
    (205) 967-2380 (facsimile)

    and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to:

    Ms. Char'reece Hackett
    6 South Bancroft Pkwy
    Wilmington, DE 19805

                                        /s/W. Whitney Seals
                                        OF COUNSEL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CARLEE WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) |
| | ) CV-08-PWG-2383-S |
| PHILLIPS & COHEN | ) |
| ASSOCIATES, LTD., et al., | ) |
| | ) |
| Defendants. | ) |

## OFFER OF JUDGMENT

TO:   PLAINTIFF ABOVE-NAMED:

Pursuant to Rule 68, Alabama Rules of Civil Procedure, Defendant Phillips & Cohen Associates, Ltd. (hereinafter "Phillips & Cohen" or "Defendant") hereby offers to allow judgment to be taken against it in favor of Plaintiff Carlee Walker (hereinafter "Walker" or "Plaintiff") as follows:

1) The party making the Offer of Judgment is Defendant, Phillips & Cohen Associates, Ltd.;

2) The Offer of Judgment is being made to the Plaintiff, Carlee Walker;

3) Judgment shall be entered against Phillips & Cohen Associates, Ltd. in the amount of Ten Thousand Dollars ($10,000), inclusive of costs and attorneys' fees, for the alleged claims listed in Plaintiff's Complaint;

4) The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against the above-named Defendant and said judgment shall have no effect whatsoever except in settlement of those claims;

*Exhibit "A"*

5) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendant is liable in this action, or that the Plaintiff has suffered any damage; and

6) In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within 10 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay her own costs incurred after the making of this Offer, as well as the costs of the Defendant as allowed by the Federal Rules of Civil Procedure.

Respectfully submitted,

Laura C. Nettles (ASB-5805-S63L)
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822 – Telephone
(205) 967-2380 – Facsimile
Attorney for Defendant,
Phillips & Cohen Associates, Ltd.

ACCEPTED: _____
CARLEE WALKER

DATE: _____

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Northern District of Alabama on this the **27**[th] day of **July, 2009**:

W. Whitney Seals, Esq.
Pate & Cochrun, LLP
P. O. Box 10448
Birmingham, Alabama 35202-0448

Michael W. Lindsey, Esq.
Lindsey Law Firm, LLC
One Perimeter Park Drive, Suite 330 N
Birmingham, Alabama 35243

John C. Hubbard, Esq.
Lindsey Law Firm, LLC
One Perimeter Park Drive, Suite 330 N
Birmingham, Alabama 35243
*Attorneys for Plaintiff*

and I hereby certify that I have mailed a copy of the foregoing document by U.S. Mail, properly addressed, and postage prepaid to:

Ms. Char'reece Hackett
6 South Bancroft Parkway
Wilmington, Delaware 19805

/s/*Laura C. Nettles*
OF COUNSEL